67 So.2d 59

**BIRMINGHAM ELECTRIC CO. v. Edna Faye HAWKINS.**

**6 Div. 495.**

Court of Appeals of Alabama.

Aug. 11, 1953.

Lange, Simpson, Robinson & Somerville, Birmingham, for appellant.

Crampton Harris, Brown & Gordon, Birmingham, for appellee.

PRICE, Judge.

Reversed and remanded on authority of Birmingham Electric Co. v. Hawkins, ante, p. 282, 67 So.2d 56.